# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

SUSAN BRANTNER

    v.

JO ANNE B. BARNHART

                                                      Case Number: 04-5110-CV-SW-WAK

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED THAT:** that the decision of the Commissioner is reversed and the case is remanded tot the Commissioner under Sentence 4, 42 U.S.C. §405(g) for an award of benefits.


ENTERED ON: July 14, 2005

                                                  Patricia L. Brune
                                                  Clerk
                                                  By J. Price
    `                                               Deputy Clerk